UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR. S-13-328 LKK |
|---|---|
| Plaintiff, | |
| v. | |
| TOMAS HUMBERTO MONGE-FELIX,<br> aka Tomas H. Monge-Feliz,<br> aka Margerito Cazares-Lopez,<br> aka Margarito Cazares-Lopez,<br> aka Jesus Cazarea-Amarillas,<br> aka Humberto Monge, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | No. CR. S-10-384 GEB |
|---|---|
| Plaintiff, | |
| v. | |
| TOMAS HUMBERTO MONGE-FELIX,<br> aka Jesus Cazarea-Amarillas,<br> aka Margarito Cazares-Lopes, | **RELATED CASE ORDER** |
| Defendant. | |

Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 123(a), E.D.

1

Cal. (2013). For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. 10-384 GEB be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on all documents filed in the reassigned case shall be shown as CR. No. 10-384 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Any hearing dates before Judge Burrell in CR. No. 10-384 are hereby VACATED and an ADMIT/DENY hearing is set before Judge Karlton on December 3, 2013 at 9:15 a.m.

IT IS SO ORDERED.

DATED: October 17, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT